UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes

**PRELIMINARY HEARING**
Before the Honorable Robert H. Jacobvitz

_x_Chris Wilson, Courtroom Deputy   FTR Recording
_x_I certify that en electronic sound   Time Commenced: 11:07 am
recording of this proceeding was made

August 31, 2009

Status Conf.
Platinum Oil Propeties, LLC; Case No. 11-09-10832 MA
Dtr: Roger Jones and Jennie Behles (505) 400-7320
Jicarilla Apache Nation: Robert Labate
BP America Production Company: Davin Boldissar: (504) 558-5111
Dept. Of Interior: Dori Richards
NMT&R: Jim Jacobsen
Enervest: William Trey Wood, 713-221-1166
and
Sch. Conf. (cont from 8/21 sch. conf per parties request/cw)
Platinum Oil Properties, LLC, No. 11-09-10832
Jicarilla Apache Nation v. Dtr, Adv. No. 09-1087 M
Plf: Robert Labate, 312-715-5751
Def: Roger Jones

**SUMMARY: Court vacates FH set 9/16/09 on Jicarilla Apache Nation's Motion to Dismiss, the debtor's motion to authorize secured and super-priority financing and debtor's motion to assume leases. Court sets FH on 9/22/09 at 10:00 am on Motion to Compel. Jicarilla Apache Nation to refile Motion for Summary Judgment in BK proceeding.**